No. 729. FRANK R. SHATTUCK, TRUSTEE, ETC., ET AL., APPELLANTS, v. THE TITLE GUARANTY & SURETY COM-

PANY. Appeal from the United States Circuit Court of Appeals for the Third Circuit. Submitted January 10, 1916. Decided January 17, 1916. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of act of Congress, January 28, 1915, c. 22, 38 Stat. 803. See *Central Trust Co.* v. *Lueders,* 239 U. S. 11. *Mr. Walter Lee Sheppard* for the appellants. *Mr. Frank Rogers Donahue* for the appellee.